# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-cr-00105-TMB |
| Plaintiff(s), | ) | |
| vs. | ) | MOTION AND APPLICATION |
| | ) | OF NON-RESIDENT ATTORNEY |
| | ) | FOR PERMISSION TO APPEAR |
| BRUCE ADAM DECKER | ) | AND PARTICIPATE IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| Defendant(s). | ) | FOR THE DISTRICT OF ALASKA |
| | ) | |

To the Honorable Judge of the above-entitled court:

I, Jennifer S. Granick , hereby apply for permission to appear and participate as counsel for Electronic Frontier Foundation, amicus , ~~plaintiff/defendant~~, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☐ I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐ For the reasons set forth in the attached memorandum.

**OR**

[Rule 83.frm](Rev.01/06)

☒   I hereby designate  Matthew T. Findley, AK Bar #0504009 , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:   April 15, 2010

_____
(Signature)

Name:   Jennifer S. Granick

Address:  454 Shotwell Street
San Francisco, CA  94110

Telephone: 415-436-9333 Ext. 134          e-mail:  jennifer@eff.org

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:   April 15, 2010

_____
(Signature)

Name:   Matthew T. Findley

Address:  1227 West 9th Ave., Ste. 200
Anchorage, AK 99501

Telephone:  907-276-4331          e-mail:  mtf@anchorlaw.com

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____          _____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

[Rule 83.frm][Rev.01/06]

## DECLARATION OF NONRESIDENT ATTORNEY

Full Name:  Jennifer S. Granick

Business Address: 454 Shotwell Street            , San Francisco, CA 94110
                  (Mailing/Street)                  (City, State, ZIP)
Residence:        372, 28th Street               , San Francisco, CA 94131
                  (Mailing/Street)                  (City, State, ZIP)
Business Telephone:  415-436-9333 Ext. 134 e-mail address:  jennifer@eff.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Supreme Court of California | 350 McAllister, San Francisco, CA | 1993 |
| Ninth Circuit Court of Appeals | P.O. Box 193939, San Francisco, CA | 1993 |
| U.S. Supreme Court | 1, First Street, NE, Washington, D.C. | 2005 |
| Third Circuit of Appeals | 601 Market Street, Philadelphia, PA | 2010 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:   April 15, 2010

_____
(Signature of Applicant)

[Rule 83.frm](Rev.01/06)



## 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕮𝖆𝖑𝖎𝖋𝖔𝖗𝖓𝖎𝖆

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JENNIFER STISA GRANICK*

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that JENNIFER STISA GRANICK was on the 14th day of December, 1993, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 1st day of April, 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: *Cynthea B Kosh*
*Deputy Clerk*